IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


LYDIA RIVERA,                      :
          Plaintiff

                                   :

          vs.                      :    CIVIL NO. 1:CV-06-1742

LINDA S. MCMAHON,                  :       (Judge Caldwell)
Acting Commissioner of
Social Security,                   :  (Magistrate Judge Smyser)
          Defendant


                        *O R D E R*


          AND NOW, this 5th day of April, 2007, upon consideration

of the report of the magistrate judge, filed February 16, 2007,

Plaintiff's objections thereto, the briefs of the parties (both on

appeal and on Plaintiff's objections), and upon independent review

of the record, it is ordered that:

          1.  The magistrate judge's thorough and
          detailed report (doc. 10) and recommendation
          are adopted.

          2.  Plaintiff's appeal is denied.

          3.  The Clerk of Court shall close this
          file.


                              /s/William W. Caldwell
                              William W. Caldwell
                              United States District Judge